**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy     06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **John** <br> First name <br><br> _____ <br> Middle name <br><br> **Harvey** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9156 | |

Case 3:25-bk-00601 Doc 1 Filed 02/13/25 Entered 02/13/25 09:40:55 Desc Main Document Page 1 of 135

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5.** **Where you live**

| | |
|---|---|
| **621 Rutherford Lane**<br>**Franklin, TN 37064**<br>Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **Williamson**<br>County | _____<br>County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| _____<br>Number, P.O. Box, Street, City, State & ZIP Code | _____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?
_____

If immediate attention is needed, why is it needed?
_____

Where is the property?
_____

_____
Number, Street, City, State & Zip Code

| Debtor 1 | **John Harvey** | | Case number *(if known)* | |

---

**Part 5:**  Explain Your Efforts to Receive a Briefing About Credit Counseling

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document   Page 5 of 135

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 5

| Debtor 1 | John Harvey | | Case number *(if known)* | |
|---|---|---|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ **No.** I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ **Yes.** I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ John Harvey**

| **John Harvey** | |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |

Executed on __**February 12, 2025**__

MM / DD / YYYY

Executed on _____

MM / DD / YYYY

---

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**If you are not represented by an attorney, you do not need to file this page.**

**/s/ Denis Graham "Gray" Waldron** _____    Date    **February 12, 2025**
Signature of Attorney for Debtor                                          MM / DD / YYYY

**Denis Graham "Gray" Waldron**
Printed name

**Dunham Hildebrand Payne Waldron, PLLC**
Firm name

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

Contact phone    **629 777 6519** _____    Email address    **gray@dhnashville.com**

**030391 TN**
Bar number & State

| Debtor 1 | **John Harvey** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number
(if known) _____

☐ Check if this is an
amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|

**1**
American Express
PO Box 981535
El Paso, TX 79998

What is the nature of the claim? _____ **$5,440.68**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

_____
Contact
Value of security:      - _____
Unsecured claim      _____
_____
Contact phone

**2**

Amin Khalifa
210 N. Blackhorse Pike
Mount Ephraim, NJ 08059

What is the nature of the claim?      **2003 Tiara**      **$75,000.00**
**Boat is operated by**
**The Local Charter and**
**Grill, LLC**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No

| Debtor 1 | **John Harvey** | | Case number *(if known)* | _____ |

| | | |
|---|---|---|
| _____ Contact | ■ Yes. Total claim (secured and unsecured) | $150,000.00 |
| | Value of security: | - $275,000.00 |
| _____ Contact phone | Unsecured claim | $75,000.00 |

---

| **3** | | |
|---|---|---|

**AtlantiCare**

**What is the nature of the claim?** _____ $601.80

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

_____ Contact

Value of security: - _____

_____ Contact phone

Unsecured claim _____

---

| **4** | | |
|---|---|---|

**Capital One Bank**
**PO Box 30285**
**Salt Lake City, UT 84130**

**What is the nature of the claim?** _____ $3,500.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

_____ Contact

Value of security: - _____

_____ Contact phone

Unsecured claim _____

---

| **5** | | |
|---|---|---|

**Care Now Urgent Care**

**What is the nature of the claim?** _____ $100.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

_____ Contact

Value of security: - _____

_____ Contact phone

Unsecured claim _____

---

| **6** | | |
|---|---|---|

**Centennial Heart at Centennial**

**What is the nature of the claim?** _____ $57.35

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated

---

☐    Disputed

■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

☐    Yes. Total claim (secured and unsecured)

Contact

Contact phone

           Value of security:   - _____
           Unsecured claim        _____

---

**7**

**Center for Health Educ. Med. and Dental**

**What is the nature of the claim?** _____    $86.71

**As of the date you file, the claim is:** Check all that apply

☐    Contingent

☐    Unliquidated

☐    Disputed

■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

☐    Yes. Total claim (secured and unsecured)

Contact

Contact phone

           Value of security:   - _____
           Unsecured claim        _____

---

**8**

**Credit Collection Services**
**725 Canton Street**
**Norwood, MA 02062**

**What is the nature of the claim?**   **RE: Encompass Insurance**    $2,853.72

**As of the date you file, the claim is:** Check all that apply

☐    Contingent

☐    Unliquidated

☐    Disputed

■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

☐    Yes. Total claim (secured and unsecured)

Contact

Contact phone

           Value of security:   - _____
           Unsecured claim        _____

---

**9**

**Discover**
**PO Box 15316**
**Wilmington, DE 19850**

**What is the nature of the claim?**   **621 Rutherford Lane Franklin, TN 37064 Williamson County Owned as TBE with non-filing spouse, Debtor has survivorship interest only. Recent appraisa**    $4,039.16

**As of the date you file, the claim is:** Check all that apply

☐    Contingent

☐    Unliquidated

☐    Disputed

■    None of the above apply

---

**Does the creditor have a lien on your property?**

- ☐ No
- ☑ Yes. Total claim (secured and unsecured)    **$17,273.10**

Contact

           Value of security:        - **$1,300,000.00**

Contact phone

           Unsecured claim         **$4,039.16**

---

**10**

**What is the nature of the claim?**    **Loan for Franklin Stone & Outdoor Living, LLC and any potential personal guarantee associated therewith**    **$150,000.00**

**First Horizon Bank**
**ATTN: Officer**
**165 Madison Avenue**
**Memphis, TN 38103**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

           Value of security:        -

Contact phone

           Unsecured claim

---

**11**

**What is the nature of the claim?**    **Taxes due for years and quarters prior to 2020**    **$720,579.16**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

           Value of security:        -

Contact phone

           Unsecured claim

---

**12**

**What is the nature of the claim?**    **621 Rutherford Lane Franklin, TN 37064 Williamson County Owned as TBE with non-filing spouse, Debtor has survivorship interest only. Recent appraisa**    **$57,174.54**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

Contact

Contact phone

■ Yes. Total claim (secured and unsecured)    **$57,174.54**
Value of security:                         - **$1,300,000.00**
Unsecured claim                            **$57,174.54**

---

| 13 | | | |
|----|--|--|--|

**What is the nature of the claim?**    Secured by car owned    $19,302.90
by non-filing spouse.
Co-signed by Debtor,
payments current and
continue to be paid by
spouse.

**Light Stream Loans**
**PO Box 117320**
**Atlanta, GA 30368-7320**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security:                         -
Unsecured claim

---

| 14 | | | |
|----|--|--|--|

**What is the nature of the claim?**    Re: Williamson    $15,373.10
County General
Sessions Case No.
2022-CV-2821;
Judgment ordered on
10/2/2023

**Peterson & Sons, LLC**
**c/o Cliff Wilson, Esq.**
**100 Westwood Place, Suite 120**
**Brentwood, TN 37027**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security:                         -
Unsecured claim

---

| 15 | | | |
|----|--|--|--|

**What is the nature of the claim?**    RE: Williamson    $160,233.00
County Circuit Court
Case No. 24CV-391

**Quikrete Companies**
**c/o Mendelson Law Firm**

---

| Debtor 1 | John Harvey | Case number *(if known)* | |

**PO Box 17235**
**Memphis, TN 38187-0235**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: - _____

Unsecured claim

Contact

Contact phone

---

**16**

**Revco Solutions**
**2700 Meridian Pkwy, Ste 200**
**Durham, NC 27713**

**What is the nature of the claim?** _____ **$995.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: - _____

Unsecured claim

Contact

Contact phone

---

**17**

**The Teeter Family, LLC**
**c/o Mary Barnard Cheadle, Esq.**
**2404 Crestmoor Road**
**Nashville, TN 37215**

**What is the nature of the claim?** **Notice re: The Teeter** **$80,124.91**
**Family, LLC v.**
**Franklin Stone**
**Installations, LLC and**
**John Harvey;**
**Williamson County**
**Circuit Court Case No.**
**22CV-547**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: - _____

Unsecured claim

Contact

Contact phone

---

**18**

**TriStar Medical Center**

**What is the nature of the claim?** _____ **$4,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Debtor 1 | John Harvey | | Case number *(if known)* | |
|---|---|---|---|---|

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact

Value of security: -

Contact phone

Unsecured claim

Part 2:   Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ John Harvey**                                    X

**John Harvey**                                             Signature of Debtor 2
Signature of Debtor 1


Date   **February 12, 2025**                        Date

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **John Harvey** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number | _____ | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new** *Summary* **and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $ 1,300,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $ 286,325.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $ 1,586,325.00 |

### Part 2:   Summarize Your Liabilities

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,711,213.70 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 1,163,248.33 |
| | **Your total liabilities** | $ 2,874,462.03 |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $ 16,500.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $ 4,862.18 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Case 3:25-bk-00601    Doc 1    Filed 02/13/25    Entered 02/13/25 09:40:55    Desc Main
Document      Page 15 of 135

Debtor 1    **John Harvey** _____ Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

| Debtor 1 | **John Harvey** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

1.1

**621 Rutherford Lane**
Street address, if available, or other description

**Franklin**     **TN**     **37064-0000**
City     State     ZIP Code

**Williamson**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Owned as TBE with non-filing spouse, Debtor has survivorship interest only. Recent appraisal amounts as of 2023 $1,300,000.00. Tax value is $757,400; value of Debtor's survivorship interest estimated to be less than $10,000.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $1,300,000.00

**Current value of the portion you own?** $1,300,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants by Entireties**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**

| $1,300,000.00 |
|---|

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

**3.1** Make: **Kia**
Model: **Sportage**
Year: **2022**
Approximate mileage: _____
Other information:

**(Leased)**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

**Unknown**        **Unknown**

**3.2** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**2011 GMC Yukon**
**190,000 miles**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

**$5,000.00**        **$5,000.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

**4.1** Make: _____

Model: _____

Year: _____

Other information:

**2003 Tiara**
**Boat is operated by The Local**
**Charter and Grill, LLC**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

**$275,000.00**        **$275,000.00**

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>

**$280,000.00**

**Part 3:**    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

Household furniture, appliances, kitchen ware, decor, and other assorted household goods.
Owned as TBE with non-filing spouse; Debtor has survivorship interest only. Total value of property estimated to be $20,000; value of Debtor's survivorship interest is less than $2,500.

**$2,500.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☒ Yes.  Describe.....

   | Phones, computers, tablets and other assorted household electronics. Owned as TBE with non-filing spouse; Debtor has survivorship interest only. Total value of property estimated to be $10,000; value of Debtor's survivorship interest is less than $1,000. | $1,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☒ No

   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☒ No

   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No

    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☒ Yes.  Describe.....

    | Everyday clothing | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☒ Yes.  Describe.....

    | Wedding ring and assorted men's jewelry | $300.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☒ Yes.  Describe.....

    | Rescued dog | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☒ No

    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

    | $4,300.00 |

| Part 4: | Describe Your Financial Assets |
|---------|-------------------------------|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes..................................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes........................                              Institution name:

| 17.1. | **Checking** | **First Citizens National Bank** | **$25.00** |
|-------|--------------|----------------------------------|------------|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................              Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **The Local Charter and Grill, LLC** **Charter company that operates boat (2003 Tiara) subject to liens. Membership interest is believed to have liquidation value of less than $1,000.** | **50** % | **$1,000.00** |
| **Harv Endeavors, LLC** **Company's primary asset is a service contract performed by Debtor. Membership interest is believed to have liquidation value of less than $1,000.** | **100** % | **$1,000.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them
                        Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.
        Type of account:          Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes. ....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    - ■ No
    - ☐ Yes.............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    - ■ No
    - ☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - ■ No
    - ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - ■ No
    - ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ■ No
    - ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    - ■ No
    - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - ■ No
    - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - ■ No
    - ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    - ■ No
    - ☐ Yes. Name the insurance company of each policy and list its value.
      Company name:                          Beneficiary:                          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    - ■ No
    - ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    - ■ No
    - ☐ Yes.  Describe each claim.........

Official Form 106A/B                      Schedule A/B: Property                                    page 5

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ■ No
    - ☐ Yes.  Describe each claim.........

35.  **Any financial assets you did not already list**
    - ■ No
    - ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| | |
|---|---|
| | **$2,025.00** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**
    - ■ No. Go to Part 6.
    - ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ■ No. Go to Part 7.
    - ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ■ No
    - ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  .....................................

| | |
|---|---|
| | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ...................................................................................................... | | **$1,300,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$280,000.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$4,300.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$2,025.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$286,325.00**  Copy personal property total | **$286,325.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$1,586,325.00** |

| Debtor 1 | **John Harvey** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number
(if known) _____

☐ Check if this is an
    amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **621 Rutherford Lane Franklin, TN 37064  Williamson County Owned as TBE with non-filing spouse, Debtor has survivorship interest only. Recent appraisal amounts as of 2023 $1,300,000.00. Tax value is $757,400; value of Debtor's survivorship interest estimat**<br>Line from *Schedule A/B*: **1.1** | $1,300,000.00 | ■         $35,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-301(a) |
| **621 Rutherford Lane Franklin, TN 37064  Williamson County Owned as TBE with non-filing spouse, Debtor has survivorship interest only. Recent appraisal amounts as of 2023 $1,300,000.00. Tax value is $757,400; value of Debtor's survivorship interest estimat**<br>Line from *Schedule A/B*: **1.1** | $1,300,000.00 | ☐<br>■   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **2011 GMC Yukon 190,000 miles**<br>Line from *Schedule A/B*: **3.2** | $5,000.00 | ■         $4,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household furniture, appliances, kitchen ware, decor, and other assorted household goods.**<br>**Owned as TBE with non-filing spouse; Debtor has survivorship interest only. Total value of property estimated to be $20,000; value of Debtor's survivorship interest**<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Household furniture, appliances, kitchen ware, decor, and other assorted household goods.**<br>**Owned as TBE with non-filing spouse; Debtor has survivorship interest only. Total value of property estimated to be $20,000; value of Debtor's survivorship interest**<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Phones, computers, tablets and other assorted household electronics.**<br>**Owned as TBE with non-filing spouse; Debtor has survivorship interest only. Total value of property estimated to be $10,000; value of Debtor's survivorship interest is less than $1,000.**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Phones, computers, tablets and other assorted household electronics.**<br>**Owned as TBE with non-filing spouse; Debtor has survivorship interest only. Total value of property estimated to be $10,000; value of Debtor's survivorship interest is less than $1,000.**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Everyday clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |
| **Wedding ring and assorted men's jewelry**<br>Line from *Schedule A/B*: **12.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Checking: First Citizens National Bank**<br>Line from *Schedule A/B*: **17.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **The Local Charter and Grill, LLC Charter company that operates boat (2003 Tiara) subject to liens. Membership interest is believed to have liquidation value of less than $1,000.**<br>**50 % ownership**<br>Line from *Schedule A/B*: **19.1** | $1,000.00 | ☐ | _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Harv Endeavors, LLC Company's primary asset is a service contract performed by Debtor. Membership interest is believed to have liquidation value of less than $1,000.**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.2** | $1,000.00 | ☐ | _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Debtor 1 | **John Harvey** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.1 | **Amin Khalifa** | | $150,000.00 | $275,000.00 | $75,000.00 |

Creditor's Name

**Describe the property that secures the claim:**

**2003 Tiara**
**Boat is operated by The Local Charter and Grill, LLC**

**210 N. Blackhorse Pike**
**Mount Ephraim, NJ 08059**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     **Recorded UCC**

Date debt was incurred _____     Last 4 digits of account number _____

| 2.2 | **Discount Plumbing and Electrical Supply** | Describe the property that secures the claim: | $32,619.00 | $1,300,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**621 Rutherford Lane Franklin, TN 37064  Williamson County Owned as TBE with non-filing spouse, Debtor has survivorship interest only. Recent appraisal amounts as of 2023 $1,300,000.00. Tax value is $757,400; value of Debtor's survivorship**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **Judgment lien rec. 6/12/2024** | Last 4 digits of account number _____ |
|---|---|---|

| 2.3 | **Discover** | Describe the property that secures the claim: | $17,273.10 | $1,300,000.00 | $4,039.16 |
|---|---|---|---|---|---|

Creditor's Name

**621 Rutherford Lane Franklin, TN 37064  Williamson County Owned as TBE with non-filing spouse, Debtor has survivorship interest only. Recent appraisal amounts as of 2023 $1,300,000.00. Tax value is $757,400; value of Debtor's survivorship**

**PO Box 15316 Wilmington, DE 19850**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **Judgment lien rec. 11/12/2024** | Last 4 digits of account number _____ |
|---|---|---|

| 2.4 | **Internal Revenue Service** | Describe the property that secures the claim: | $375,968.99 | $1,300,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**621 Rutherford Lane Franklin, TN 37064 Williamson County Owned as TBE with non-filing spouse, Debtor has survivorship interest only. Recent appraisal amounts as of 2023 $1,300,000.00. Tax value is $757,400; value of Debtor's survivorship**

**Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**NFTL (1 of 2) recorded**

Date debt was incurred   **9/15/2024**     Last 4 digits of account number _____

| 2.5 | **Internal Revenue Service** | Describe the property that secures the claim: | $37,203.59 | $1,300,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**621 Rutherford Lane Franklin, TN 37064 Williamson County Owned as TBE with non-filing spouse, Debtor has survivorship interest only. Recent appraisal amounts as of 2023 $1,300,000.00. Tax value is $757,400; value of Debtor's survivorship**

**Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**NFTL (2 of 2) rec.**

Date debt was incurred   **9/18/2024**     Last 4 digits of account number _____

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document     Page 28 of 135

| 2.6 | **Internal Revenue Service** | Describe the property that secures the claim: | $57,174.54 | $1,300,000.00 | $57,174.54 |
|---|---|---|---|---|---|

Creditor's Name

**621 Rutherford Lane Franklin, TN 37064  Williamson County Owned as TBE with non-filing spouse, Debtor has survivorship interest only. Recent appraisal amounts as of 2023 $1,300,000.00. Tax value is $757,400; value of Debtor's survivorship**

**Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **NFTL recorded 12/13/2024**          Last 4 digits of account number _____

| 2.7 | **Select Portfolio Servicing, Inc.** | Describe the property that secures the claim: | $840,225.48 | $1,300,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**621 Rutherford Lane Franklin, TN 37064  Williamson County Owned as TBE with non-filing spouse, Debtor has survivorship interest only. Recent appraisal amounts as of 2023 $1,300,000.00. Tax value is $757,400; value of Debtor's survivorship**

**Attn: Bankruptcy Dept. PO Box 65250 Salt Lake City, UT 84165**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Deed of Trust**

Date debt was incurred _____          Last 4 digits of account number _____

Debtor 1  **John Harvey**
_____

First Name      Middle Name      Last Name

Case number (if known) _____

| 2.8 | **Steve Medes** | Describe the property that secures the claim: | $200,000.00 | $275,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2003 Tiara
Boat is operated by The Local
Charter and Grill, LLC**

**6220 Hillsboro Pike
Nashville, TN 37215**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Recorded UCC** _____

Date debt was incurred _____  Last 4 digits of account number _____

| 2.9 | **Williamson County Trustee** | Describe the property that secures the claim: | $749.00 | $1,300,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**621 Rutherford Lane Franklin, TN
37064  Williamson County
Owned as TBE with non-filing
spouse, Debtor has survivorship
interest only. Recent appraisal
amounts as of 2023 $1,300,000.00.
Tax value is $757,400; value of
Debtor's survivorship**

**1320 West Main Street,
Suite 203
Franklin, TN 37064**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **Judgment lien rec. 10/23/2023**  Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,711,213.70 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,711,213.70 |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]      Name, Number, Street, City, State & Zip Code

**Crystal Cole, Esq.**
**731 Porter Road**
**Nashville, TN 37206**

On which line in Part 1 did you enter the creditor? __2.2__

Last 4 digits of account number ___

[ ]      Name, Number, Street, City, State & Zip Code

**Nathan & Nathan**
**PO Box 1715**
**Birmingham, AL 35201**

On which line in Part 1 did you enter the creditor? __2.3__

Last 4 digits of account number ___

Fill in this information to identify your case:

| Debtor 1 | **John Harvey** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Centralized Insolvency Operation**          When was the debt incurred?
**PO Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.          ☐ Contingent

■ Debtor 1 only          ☐ Unliquidated

☐ Debtor 2 only          ☐ Disputed

☐ Debtor 1 and Debtor 2 only          **Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another          ☐ Domestic support obligations

☐ **Check if this claim is for a  community debt**          ■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**          ☐ Claims for death or personal injury while you were intoxicated

■ No          ☐ Other. Specify _____

☐ Yes                    **Notice only**

| 2.2 | **TN Dept. of Revenue** | | | |
|---|---|---|---|---|

Priority Creditor's Name

**c/o TN Atty Gen.Bankr. Div.**
**PO Box 20207**
**Nashville, TN 37202**

Number Street City State Zip Code

Last 4 digits of account number _____ | _____ | **$0.00** | **$0.00** | **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice only**

---

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **31-W Insulation** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**7434 Cycle Lane**
**Goodlettsville, TN 37072**

Number Street City State Zip Code

Last 4 digits of account number _____ | **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice only**

---

| Debtor 1 | John Harvey | | Case number (if known) | |
|---|---|---|---|---|

---

**4.2** **Alley-Cassetty Brick & Stone**
Nonpriority Creditor's Name

**2 Oldham St**
**Nashville, TN 37213**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only** _____

---

**4.3** **American Express**
Nonpriority Creditor's Name

**PO Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$5,440.68**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    _____

---

**4.4** **AmeriGas**
Nonpriority Creditor's Name

**PO Box 965**
**Valley Forge, PA 19482**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only** _____

---

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document       Page 34 of 135

| 4.5 | **Ana Pangilinan** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**7008 Grackle Court**
**Spring Hill, TN 37174**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

| 4.6 | **Anthony Heath** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**5943 Carters Lane**
**Franklin, TN 37064**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

| 4.7 | **Associated Masonry Products, Inc.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**450 Allied Dr.**
**Nashville, TN 37211**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

| 4.8 | **AtlantiCare** |
|---|---|

Nonpriority Creditor's Name

_____

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only    ■

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$601.80**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.9 | **Barbara Bedford** |
|---|---|

Nonpriority Creditor's Name

**5623 Pinewood Road**
**Franklin, TN 37064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only**

---

| 4.10 | **Barwari** |
|---|---|

Nonpriority Creditor's Name

**9718 Capstone Ct**
**Brentwood, TN 37027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only**

---

Debtor 1    **John Harvey**                                    Case number *(if known)* _____

| 4.1 1 | **Basic Transportation, Inc.** | | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name
**9306 Crockett Road**
**Brentwood, TN 37027**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

---

| 4.1 2 | **Benchmark Companies** | | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name
**6713 Miller Road**
**Christiana, TN 37037**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

---

| 4.1 3 | **Bonnie Britt** | | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name
**800 Stonewater Blvd**
**Franklin, TN 37064**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice re: Williamson County General Sessions Case No. 2023-CV-117 (removed to Circuit Court)**

---

| 4.1 4 | **Borders** | | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**1832 Harpeth River Drive**
**Brentwood, TN 37027**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice only**  _____

---

| 4.1 5 | **Brian Haverty** | | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**169 Princess Cir**
**Franklin, TN 37064**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice only**  _____

---

| 4.1 6 | **Brian Krouse** | | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**3734 Rockmayne Lane**
**Franklin, TN 37064**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice only**  _____

---

| 4.1 7 | **Brianna Scott** | | | $0.00 |

Nonpriority Creditor's Name

**1553 Fleetwood Drive**
**Franklin, TN 37064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

| 4.1 8 | **Bried** | | | $0.00 |

Nonpriority Creditor's Name

**407 Autumn Lake Trail**
**Franklin, TN 37067**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

| 4.1 9 | **Brittany Giacone** | | | $0.00 |

Nonpriority Creditor's Name

**7249 Arrington Ridge**
**Arrington, TN 37014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

Debtor 1    **John Harvey**                                    Case number (if known) _____

| 4.2 0 | **Capital One Bank** | | Last 4 digits of account number _____ | $3,500.00 |

Nonpriority Creditor's Name

**PO Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.2 1 | **Care Now Urgent Care** | | Last 4 digits of account number _____ | $100.00 |

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.2 2 | **Carole and James Foster** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**2161 Doctor Robertson Road**
**Spring Hill, TN 37174**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only** _____

| 4.2 3 | **Caterpillar Financial, Svcs Corp** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2121 West End Avenue
PO Box 340001
Nashville, TN 37203**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Notice only, and to all related parties, RE: Franklin Stone and Outdoor Living LLC, v. Caterpillar Financial and Third-Party Complaint of Caterpillar v. Freeman and Harvey; Dickson County Chancery Case**

■ Other. Specify **No. 2024-CV-22**

---

| 4.2 4 | **Centennial Heart at Centennial** | | |
|---|---|---|---|

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____            **$57.35**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.2 5 | **Center for Health Educ. Med. and Dental** | | |
|---|---|---|---|

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____            **$86.71**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document      Page 41 of 135

Debtor 1    **John Harvey**                                    Case number (if known) _____

| | |
|---|---|
| 4.2 6 | **Christopher Haws** |

**Christopher Haws**
Nonpriority Creditor's Name
**9635 Millsford Court**
**Brentwood, TN 37027**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only**

| | |
|---|---|
| 4.2 7 | **Christy Thornton** |

**Christy Thornton**
Nonpriority Creditor's Name
**9434 Weatherly Drive**
**Brentwood, TN 37027**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only**

| | |
|---|---|
| 4.2 8 | **Christy Thornton and Tobin Cornelius** |

**Christy Thornton and Tobin Cornelius**
Nonpriority Creditor's Name
**c/o Dickinson Wright - J. Burgener, Esq.**
**424 Church Street, Suite 800**
**Nashville, TN 37219**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Notice only RE: Thornton et al. v. Frankin Stone et al.; Williamson Chancery Case No. 23CV-53162**
■ Other. Specify

| 4.2 9 | **Collier Engineering, Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**2949 Nolensville Pike**
**Nashville, TN 37211**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only**

---

| 4.3 0 | **Connie Bentley** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**5557 Parker Branch Road**
**Franklin, TN 37064**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only**

---

| 4.3 1 | **Coverstar** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**1943 Clara Mathis Road**
**Spring Hill, TN 37174**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only**

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document      Page 43 of 135

**4.3 2**

**Cox Interior**
Nonpriority Creditor's Name
**1751 Old Columbia Road**
**Campbellsville, KY 42718**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only**

---

**4.3 3**

**CraneWorks, Inc.**
Nonpriority Creditor's Name
**PO Box 13065**
**Birmingham, AL 35202**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only**

---

**4.3 4**

**Credit Collection Services**
Nonpriority Creditor's Name
**725 Canton Street**
**Norwood, MA 02062**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$2,853.72**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **RE: Encompass Insurance**

---

Debtor 1    **John Harvey**                                                Case number *(if known)* _____

<table>
<tr><td>4.3<br>5</td><td colspan="2">

**CST**
_____
Nonpriority Creditor's Name

_____

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes
</td><td>

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **RE: Site One Landscape Supply**
</td></tr>

<tr><td>4.3<br>6</td><td colspan="2">

**Cumberland International Trucks**
_____
Nonpriority Creditor's Name

**640 Massman Drive**
**Nashville, TN 37210**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes
</td><td>

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only**
</td></tr>

<tr><td>4.3<br>7</td><td colspan="2">

**Darius Rucker**
_____
Nonpriority Creditor's Name

**7053 Lanceleaf Drive**
**College Grove, TN 37046**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes
</td><td>

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only**
</td></tr>
</table>

Debtor 1    **John Harvey**                                    Case number *(if known)* _____

| 4.3 8 | **David Freeman** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**835 Tyne Valley Ct**
**Nashville, TN 37220**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

---

| 4.3 9 | **De Lage Landen Financial Services, Inc** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**8001 Birchwood Court**
**PO Box 2000**
**Johnston, IA 50131**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

---

| 4.4 0 | **Deberard** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**9944 Maupin Road**
**Nolensville, TN 37135**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

---

**4.4 1**

**Denise Andre**
_____
Nonpriority Creditor's Name
**1004 St. Michaels Ct**
**Franklin, TN 37064**
_____
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____                           **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Notice only** _____

---

**4.4 2**

**DEX Imaging**
_____
Nonpriority Creditor's Name
**50 Rachel Drive**
**Nashville, TN 37214**
_____
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____                           **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Notice only** _____

---

**4.4 3**

**Dodd**
_____
Nonpriority Creditor's Name
**1754 Masters Drive**
**Franklin, TN 37064**
_____
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____                           **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Notice only** _____

| 4.4 4 | **Double Diamond Marketing + Communication** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2702 Greystone Road**
**Nashville, TN 37204**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

| 4.4 5 | **Ensminger** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**440 Oldenburg Road**
**Nolensville, TN 37135**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

| 4.4 6 | **Eric and Lauren Ward** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**144 Madison Mill Drive**
**Nolensville, TN 37135**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document      Page 48 of 135

Debtor 1 **John Harvey**                                       Case number *(if known)* _____

| 4.4 7 | **Extreme Stone Surfaces, Corp.** |
|---|---|

Nonpriority Creditor's Name

**161 Bain Drive**
**Unit C**
**La Vergne, TN 37086**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice only** _____

---

| 4.4 8 | **First Horizon Bank** |
|---|---|

Nonpriority Creditor's Name

**ATTN: Officer**
**165 Madison Avenue**
**Memphis, TN 38103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** ____      **$150,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Loan for Franklin Stone & Outdoor Living, LLC and any potential personal guarantee associated therewith**

---

| 4.4 9 | **Ford Motor Credit** |
|---|---|

Nonpriority Creditor's Name

**Attn: Officer**
**PO Box 105704**
**Atlanta, GA 30348**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice only**

---

| | |
|---|---|
| 4.5 0 | |

**Forte**

Nonpriority Creditor's Name

**3723 New Highway 96W**
**Franklin, TN 37064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Notice only**

---

| | |
|---|---|
| 4.5 1 | |

**Fox**

Nonpriority Creditor's Name

**323 Snowden St W**
**Franklin, TN 37064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Notice only**

---

| | |
|---|---|
| 4.5 2 | |

**Fox Hardwood Lumber LLC**

Nonpriority Creditor's Name

**5973 Pinewood Road**
**Franklin, TN 37064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Notice only**

---

Case 3:25-bk-00601    Doc 1    Filed 02/13/25    Entered 02/13/25 09:40:55    Desc Main
Document    Page 50 of 135

Debtor 1 __John Harvey__      Case number (if known) _____

| 4.5 3 | **Gary Bentley Trucking, LLC** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**1705 W Main Street**
**Franklin, TN 37064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

---

| 4.5 4 | **George Bentley Trucking LLC** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**1705 W Main Street**
**Franklin, TN 37064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

---

| 4.5 5 | **Gomez** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**8143 Charlotte Pike**
**Nashville, TN 37221**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

---

| | |
|---|---|
| 4.5<br>6 | **Greg Presley** |

**Greg Presley**
Nonpriority Creditor's Name
**517 Leicester Ct**
**Franklin, TN 37067**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only** _____

---

| | |
|---|---|
| 4.5<br>7 | **Haile** |

**Haile**
Nonpriority Creditor's Name
**1130 Watkins Creek Drive**
**Franklin, TN 37067**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only** _____

---

| | |
|---|---|
| 4.5<br>8 | **Hammrich** |

**Hammrich**
Nonpriority Creditor's Name
**231 Cavanaugh Lane**
**Franklin, TN 37064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only** _____

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document      Page 52 of 135

Debtor 1    **John Harvey**                         Case number (if known) _____

---

**4.5 9**

**Harrison** _____
Nonpriority Creditor's Name
**1007 Cabell Drive**
**Franklin, TN 37064**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only** _____

---

**4.6 0**

**Huskey Truss and Building Supply, Inc.** _____
Nonpriority Creditor's Name
**424 Lewisburg Ave**
**Franklin, TN 37064**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only** _____

---

**4.6 1**

**Indiana Limestone Company** _____
Nonpriority Creditor's Name
**120 W 7th St**
**Suite 210**
**Bloomington, IN 47404**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **PO Box 160760** _____

---

Debtor 1    **John Harvey**                                          Case number (if known) _____

---

| 4.6 2 | **Internal Revenue Service** | **Last 4 digits of account number** _____ | $720,579.16 |

**Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Taxes due for years and quarters prior to 2020**

---

| 4.6 3 | **Jason Myers** | **Last 4 digits of account number** _____ | $0.00 |

**Jason Myers**
Nonpriority Creditor's Name
**1088 Hamer Court**
**Brentwood, TN 37027**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice only**

---

| 4.6 4 | **Jeanette Mello** | **Last 4 digits of account number** _____ | $0.00 |

**Jeanette Mello**
Nonpriority Creditor's Name
**806 Stonewater Blvd.**
**Franklin, TN 37064**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice only**

---

Case 3:25-bk-00601    Doc 1    Filed 02/13/25    Entered 02/13/25 09:40:55    Desc Main
Document      Page 54 of 135

**4.6 5**

**Jerry and Deanna Kozak**
_____
Nonpriority Creditor's Name
**443 Canterbury Rise**
**Franklin, TN 37067**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    _____                $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only** _____

---

**4.6 6**

**Jessica Robb**
_____
Nonpriority Creditor's Name
**633 Stonewater Blvd.**
**Franklin, TN 37064**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    _____                $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only** _____

---

**4.6 7**

**Jon Finkel**
_____
Nonpriority Creditor's Name
**424 Wild Elm St**
**Franklin, TN 37064**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    _____                $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only** _____

<table>
<tr><td>

4.6
8
</td></tr>
</table>

**4.6 8**

**Joseph Bellanca**
Nonpriority Creditor's Name
**804 Singleton Lane**
**Brentwood, TN 37027**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

---

**4.6 9**

**Justin Siefkes**
Nonpriority Creditor's Name
**9206 Duncaster Court**
**Brentwood, TN 37027**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

---

**4.7 0**

**Karlekar**
Nonpriority Creditor's Name
**9151 Jones Court**
**Brentwood, TN 37027**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document      Page 56 of 135

---

**4.7 1**

**Katie Galle**
Nonpriority Creditor's Name
**2002 Crye Crest Cove**
**Spring Hill, TN 37174**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

**4.7 2**

**Kristina Decosse**
Nonpriority Creditor's Name
**5005 Blackjack Drive**
**Franklin, TN 37067**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

**4.7 3**

**Kubota Credit Corporation, U.S.A.**
Nonpriority Creditor's Name
**PO Box 2046**
**Grapevine, TX 76099**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

Case 3:25-bk-00601  Doc 1  Filed 02/13/25  Entered 02/13/25 09:40:55  Desc Main
Document    Page 57 of 135

**4.7 4**    **LaCivita**            Last 4 digits of account number _____        **$0.00**

Nonpriority Creditor's Name

**8009 Puddleduck Lane**

**Spring Hill, TN 37174**       When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.       **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only       ☐ Contingent

☐ Debtor 1 and Debtor 2 only       ☐ Unliquidated

      ☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a community**       **Type of NONPRIORITY unsecured claim:**

**debt**       ☐ Student loans

**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes       ☐ Debts to pension or profit-sharing plans, and other similar debts

      ■ Other. Specify    **Notice only** _____

---

**4.7 5**    **Laughlin**            Last 4 digits of account number _____        **$0.00**

Nonpriority Creditor's Name

**2147 Southern Preserve**

**Thompsons Station, TN 37179**       When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.       **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only       ☐ Contingent

☐ Debtor 1 and Debtor 2 only       ☐ Unliquidated

      ☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a community**       **Type of NONPRIORITY unsecured claim:**

**debt**       ☐ Student loans

**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes       ☐ Debts to pension or profit-sharing plans, and other similar debts

      ■ Other. Specify    **Notice only** _____

---

**4.7 6**    **Lefevre**            Last 4 digits of account number _____        **$0.00**

Nonpriority Creditor's Name

**2025 Gweneth Drive**

**Spring Hill, TN 37174**       When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.       **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only       ☐ Contingent

☐ Debtor 1 and Debtor 2 only       ☐ Unliquidated

      ☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a community**       **Type of NONPRIORITY unsecured claim:**

**debt**       ☐ Student loans

**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes       ☐ Debts to pension or profit-sharing plans, and other similar debts

      ■ Other. Specify    **Notice only** _____

---

---

**4.7 7**

**Leisure Distribution**

Nonpriority Creditor's Name

**PO Box 272925**
**Tampa, FL 33688**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only**

---

**4.7 8**

**Light Stream Loans**

Nonpriority Creditor's Name

**PO Box 117320**
**Atlanta, GA 30368-7320**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$19,302.90**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Secured by car owned by non-filing spouse. Co-signed by Debtor, payments current and continue to be paid by spouse.**

---

**4.7 9**

**Madeleine Chopp**

Nonpriority Creditor's Name

**c/o Thomas J. Boylan, Esq.**
**188 Front Street, Suite 116-19**
**Franklin, TN 37064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only re: Chopp v. Franklin Stone and Outdoor Living, LLC, Williamson County Circuit Court Case No. 2022-486**

---

| 4.8 0 | **Marie Gibson** | | **Last 4 digits of account number** _____ | | $0.00 |

**Marie Gibson**
Nonpriority Creditor's Name
**3224 Baker Lane**
**Franklin, TN 37064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

$0.00

---

| 4.8 1 | **Material Handling Inc.** |

**Material Handling Inc.**
Nonpriority Creditor's Name
**1121 Elm Hill Pike**
**Nashville, TN 37210**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

$0.00

---

| 4.8 2 | **Mathewson** |

**Mathewson**
Nonpriority Creditor's Name
**8760 Rocky Ford Road**
**Smyrna, TN 37167**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

$0.00

| 4.8 3 | | |
|---|---|---|

**McCloskey Mechanical Contractors**

Nonpriority Creditor's Name

**445 Lower Landing Road**
**Blackwood, NJ 08012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

---

| 4.8 4 | | |
|---|---|---|

**Michael Caro**

Nonpriority Creditor's Name

**5349 Forest Acres Drive**
**Nashville, TN 37220**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

---

| 4.8 5 | | |
|---|---|---|

**Miller**

Nonpriority Creditor's Name

**8006 Puddleduck Lane**
**Spring Hill, TN 37174**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only** _____

---

| 4.8 6 | **Miller** | **Last 4 digits of account number** _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**6301 Wild Heron Way**
**Franklin, TN 37064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.8 7 | **Moody's Tire and Auto** | **Last 4 digits of account number** _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**7101 Crossroads Blvd**
**Brentwood, TN 37027**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only**

---

| 4.8 8 | **Naviaux** | **Last 4 digits of account number** _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2300 Flagstaff Lane**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only**

---

Debtor 1    **John Harvey**                                    Case number (if known) _____

---

| 4.8 9 | **Nevels** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2019 Orange Leaf Circle**
**Franklin, TN 37067**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

| 4.9 0 | **O'Reilly Auto Parts** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**233 South Patterson Avenue**
**Springfield, MO 65802-2298**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

| 4.9 1 | **Pack** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**8720 Rocky Fork Road**
**Smyrna, TN 37167**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

Debtor 1  **John Harvey**                                          Case number (if known) _____

| 4.9 2 | **Pam Grau** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**412 Dahlia Dr**
**Brentwood, TN 37027**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only** _____

---

| 4.9 3 | **Peterson & Sons, LLC** | **Last 4 digits of account number** _____ | **$15,373.10** |

Nonpriority Creditor's Name
**c/o Cliff Wilson, Esq.**
**100 Westwood Place, Suite 120**
**Brentwood, TN 37027**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Re: Williamson County General Sessions Case No. 2022-CV-2821; Judgment ordered on 10/2/2023**

---

| 4.9 4 | **Phil Miller** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**57 Barn Street**
**Mount Juliet, TN 37122**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only** _____

---

Debtor 1    **John Harvey**                                    Case number *(if known)* _____

---

| 4.9 5 | **Pool Equipment & Supply, Inc.** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name
**c/o Lloyd & McDaniel, PLC**
**PO Box 23200**
**Louisville, KY 40223-0200**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Notice only RE: Pool Equip. & Supply, Inc. v. Franklin Stone & Outdoor Living, LLC; Williamson Circuit Court Case No. 24CV-376**

☑ Other. Specify

---

| 4.9 6 | **Prather Metalworks** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name
**120 Confederate Drive**
**Franklin, TN 37064**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Notice only**

---

| 4.9 7 | **Preteek Sharma** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name
**823 Singeton Lane**
**Brentwood, TN 37027**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Notice only**

---

| Debtor 1 | John Harvey | Case number (if known) | |
|---|---|---|---|

---

**4.98**

**Quikrete Companies**
Nonpriority Creditor's Name
**c/o Mendelson Law Firm**
**PO Box 17235**
**Memphis, TN 38187-0235**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$160,233.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **RE: Williamson County Circuit Court Case No. 24CV-391**

---

**4.99**

**Revco Solutions**
Nonpriority Creditor's Name
**2700 Meridian Pkwy, Ste 200**
**Durham, NC 27713**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$995.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.100**

**Richardo Pavon**
Nonpriority Creditor's Name
**9275 Fordham Drive**
**Brentwood, TN 37027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only**

---

Debtor 1    **John Harvey**                              Case number *(if known)* _____

<table>
<tr><td>4.1 01</td><td>**Ritesh Medhe**</td></tr>
</table>

Nonpriority Creditor's Name
**113 Zoe Court**
**Franklin, TN 37064**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                      **$0.00**
**When was the debt incurred?** _____
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

<table>
<tr><td>4.1 02</td><td>**RJV Equipment**</td></tr>
</table>

Nonpriority Creditor's Name
**140 Charter Place**
**La Vergne, TN 37086**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                      **$0.00**
**When was the debt incurred?** _____
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

<table>
<tr><td>4.1 03</td><td>**Rompala**</td></tr>
</table>

Nonpriority Creditor's Name
**1109 Rombauer Drive**
**Franklin, TN 37067**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                      **$0.00**
**When was the debt incurred?** _____
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document      Page 67 of 135

Debtor 1    John Harvey                                              Case number (if known) _____

---

**4.1 04**

**Sara Borders**
_____
Nonpriority Creditor's Name
**110 Balleroy Drive**
**Brentwood, TN 37027**
_____
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

---

**4.1 05**

**Seigle**
_____
Nonpriority Creditor's Name
**4020 Outer Drive**
**Nashville, TN 37204**
_____
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

---

**4.1 06**

**Semco Stone**
_____
Nonpriority Creditor's Name
**50 Robinson Industrial Drive**
**Perryville, MO 63775**
_____
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

---

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main Document   Page 68 of 135

| 4.1 07 | **Singh** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**310 Conoga Drive**
**Nolensville, TN 37135**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only**

---

| 4.1 08 | **Smith** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1071 Moran Road**
**Franklin, TN 37069**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only**

---

| 4.1 09 | **Smitherman** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**3104 Annfield Way**
**Franklin, TN 37064**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only**

---

Debtor 1    **John Harvey**                                      Case number (if known) _____

---

| 4.1 10 | **Stone Nature TN, LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1122 Foster Ave #100**
**Nashville, TN 37210**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

---

| 4.1 11 | **Stone Warehouse Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**997 Marietta Industrial Drive**
**Marietta, GA 30062**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

---

| 4.1 12 | **Stonex Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1534 Beaconcrest Circle**
**Murfreesboro, TN 37128**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

---

Case 3:25-bk-00601    Doc 1    Filed 02/13/25    Entered 02/13/25 09:40:55    Desc Main
Document    Page 70 of 135

Debtor 1   **John Harvey**                                      Case number (if known) _____

| 4.1 13 | **Structural Engineering & Inspections** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**101 Forrest Crossing Blvd, #108b**
**Franklin, TN 37064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

| 4.1 14 | **Sucher** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**728 Richfield Drive**
**Nashville, TN 37205**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

| 4.1 15 | **Suggett** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**723 Stonewater Blvd.**
**Franklin, TN 37064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document     Page 71 of 135

Debtor 1     John Harvey                                      Case number (if known) _____

| 4.1 16 | **Sunbelt Rentals** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**1799 Innovation Point**
**Fort Mill, SC 29715**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only** _____

---

| 4.1 17 | **Sunset Pool & Spa, LLC** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**PO Box 683027**
**Franklin, TN 37068**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only** _____

---

| 4.1 18 | **Tamara and Corey Lawrence** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**166 Azalea Lane**
**Franklin, TN 37064**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only** _____

---

**4.1 19**    **Techo-Bloc**                                Last 4 digits of account number _____        **$0.00**
Nonpriority Creditor's Name
**3908 Flint Hill Ex. SW**                                When was the debt incurred? _____
**Powder Springs, GA 30127**
Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify   **Notice only** _____

---

**4.1 20**    **The Letco Group, LLC**                     Last 4 digits of account number _____        **$0.00**
Nonpriority Creditor's Name
**c/o Crystal Cole, Esq.**                                When was the debt incurred? _____
**PO Box 160760**
**Nashville, TN 37216**
Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify   **Notice RE: Franklin Stone & Outdoor Living, LLC**

---

**4.1 21**    **The Teeter Family, LLC**                    Last 4 digits of account number _____        **$80,124.91**
Nonpriority Creditor's Name
**c/o Mary Barnard Cheadle, Esq.**                        When was the debt incurred? _____
**2404 Crestmoor Road**
**Nashville, TN 37215**
Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                         **Notice re: The Teeter Family, LLC v.**
                                                         **Franklin Stone Installations, LLC and John**
                                                         **Harvey; Williamson County Circuit Court**
☐ Yes                                          ■ Other. Specify   **Case No. 22CV-547**

---

| 4.1 22 | **Thompson Machinery** | | Last 4 digits of account number _____ | $0.00 |
|---|---|

Nonpriority Creditor's Name
**1245 Bridgestone Boulevard**
**La Vergne, TN 37086**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

---

| 4.1 23 | **Tim Adams** | | Last 4 digits of account number _____ | $0.00 |
|---|---|

Nonpriority Creditor's Name
**8032 Backwoods Drive**
**College Grove, TN 37046**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

---

| 4.1 24 | **Tim McKiernan** | | Last 4 digits of account number _____ | $0.00 |
|---|---|

Nonpriority Creditor's Name
**1741 Masters Dr**
**Franklin, TN 37064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only** _____

Case 3:25-bk-00601    Doc 1    Filed 02/13/25    Entered 02/13/25 09:40:55    Desc Main
Document    Page 74 of 135

Debtor 1  **John Harvey**                                    Case number *(if known)* _____

| | |
|---|---|
| **4.1**<br>**25** | |

**Titan Gate and Fence**

Last 4 digits of account number _____   **$0.00**

Nonpriority Creditor's Name

**534 E Trinity Lane**
**Brentwood, TN 37027**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only**

---

| | |
|---|---|
| **4.1**<br>**26** | |

**TN Dept. of Revenue**

Last 4 digits of account number _____   **$0.00**

Nonpriority Creditor's Name

**c/o TN Atty Gen.Bankr. Div.**
**PO Box 20207**
**Nashville, TN 37202**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only regarding:**
**OI, Inc.; Franklin Stone and Outdoor Living,**
**LLC; and 3 Brothers Pizza, LLC**

---

| | |
|---|---|
| **4.1**<br>**27** | |

**Tracy Linville**

Last 4 digits of account number _____   **$0.00**

Nonpriority Creditor's Name

**1745 Evergreen Road**
**Thompsons Station, TN 37179**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only**

---

**4.1 28**

**Tremron**
Nonpriority Creditor's Name
**1436 Municipal Pkwy**
**Douglasville, GA 30134**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

**4.1 29**

**Tri Star Energy**
Nonpriority Creditor's Name
**1740 Ed Temple Blvd.**
**Nashville, TN 37208**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

---

**4.1 30**

**Trident Electric**
Nonpriority Creditor's Name
**5145 Golden Foothill Pkwy, #190**
**El Dorado Hills, CA 95762**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only** _____

**4.1 31**

**Trinity Logistics, Inc.**

Nonpriority Creditor's Name

**50 Fallon Avenue**

**Seaford, DE 19973**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only** _____

---

**4.1 32**

**TriStar Medical Center**

Nonpriority Creditor's Name

_____

_____

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                **$4,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.1 33**

**Turpen**

Nonpriority Creditor's Name

**9005 Chardonnay Trace**

**Franklin, TN 37067**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only** _____

---

Debtor 1  John Harvey

Case number (if known)

| 4.1<br>34 | **U.S. Small Business Administration** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**409 3rd Street, SW**
**Washington, DC 20416**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice only re: EIDL loan for Franklin Stone & Outdoor Living, LLC and any potential personal guarantee associated therewith**

| 4.1<br>35 | **United Rentals** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 100711**
**Atlanta, GA 30384**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice only**

| 4.1<br>36 | **Vaught** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**8444 Heirloom Blvd.**
**College Grove, TN 37046**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice only**

Debtor 1 __John Harvey__     Case number (if known) _____

---

**4.1 37**

**Wagner**
Nonpriority Creditor's Name
**4904 Ollie Chunn Road**
**Spring Hill, TN 37174**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

**4.1 38**

**Wayne and Marie Gibson**
Nonpriority Creditor's Name
**3224 Baker Lane**
**Franklin, TN 37064**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only re: claim against Franklin Stone & Outdoor Living, LLC, John Harvey, and David Freeman; Williamson County General Sessions Case No. 2023-CV-1269**

---

**4.1 39**

**Weeks**
Nonpriority Creditor's Name
**3387 Mahlon Moore Road**
**Spring Hill, TN 37174**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only**

---

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document   Page 79 of 135

| 4.1 40 | |
|---|---|

**Williamson County**
Nonpriority Creditor's Name
**c/o Wes Weigel**
**109 Westpark Drive, Suite 230**
**Brentwood, TN 37027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice re: unreleased judgment liens from 2020, believed to have been satisfied.**

| 4.1 41 | |
|---|---|

**Williamson County**
Nonpriority Creditor's Name
**c/o Wes Weigel**
**109 Westpark Drive, Suite 230**
**Brentwood, TN 37027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Re: Williamson County v. Deliquent Taxpayers, Civil Action No. 53881 against 3 Brothers Pizza, LLC**

| 4.1 42 | |
|---|---|

**Williamson County**
Nonpriority Creditor's Name
**c/o Wes Weigel**
**109 Westpark Drive, Suite 230**
**Brentwood, TN 37027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Re: Williamson County v. Deliquent Taxpayers, Civil Action No. 52840**

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Baker Donelson et al.**
**ATTN: Jake Adams, Esq.**
**211 Commerce Street, Suite 800**
**Nashville, TN 37201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Casey R. Malloy, Esq.**
**Kay Griffin Evans, PLLC**
**222 Second Ave North, Ste 340M**
**Nashville, TN 37201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Christopher L. Ehresman**
**Guidestone Insurance**
**PO Box 14503**
**Des Moines, IA 50306**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Corporation Service Company**
**PO Box 2576**
**Springfield, IL 62708**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.73** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Corporation Service Company**
**PO Box 2576**
**Springfield, IL 62708**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CT Corporation**
**330 N Brand Blvd, Suite 700**
**Attn: SPRS**
**Glendale, CA 91203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.73** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**David O. Huff, Esq**
**1222 16th Ave S Ste 301**
**Nashville, TN 37212**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.60** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Gino Marchetti, Esq.**
**2908 Poston Avenue**
**Nashville, TN 37203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Medicredit**
**PO Box 1629**
**Maryland Heights, MO 63043**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**The Prentice-Hall Corporation System**
**2908 Poston Ave**
**Nashville, TN 37203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.39** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Case 3:25-bk-00601    Doc 1    Filed 02/13/25    Entered 02/13/25 09:40:55    Desc Main
Document      Page 81 of 135

| Debtor 1 | **John Harvey** | Case number (if known) | |
|---|---|---|---|

| | Last 4 digits of account number | |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **United States Attorney General**<br>**ATTN: Merrick B. Garland, Esq.**<br>**950 Pennsylvania Ave**<br>**Washington, DC 20530** | Line **4.134** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **United States Attorney's Office,**<br>**MDTN**<br>**ATTN: Robert E. McGuire, Esq.**<br>**110 9th Avenue South, Suite A-961**<br>**Nashville, TN 37203** | Line **4.134** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **VedderPrice**<br>**222 North LaSalle Street**<br>**Chicago, IL 60601** | Line **4.73** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Walter N. Perry III**<br>**2 International Plaza Drive**<br>**Ste 500**<br>**Nashville, TN 37217** | Line **4.134** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,163,248.33 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 1,163,248.33 |

| Debtor 1 | **John Harvey** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Kia Finance America (KFA)**<br>**Attn: Bankruptcy Dept**<br>**PO Box 20809**<br>**Fountain Valley, CA 92728-0809** | **Lease of 2023 Kia Sportage. Monthly payment of $399.53, matures 3/20/2026. Current through Petition Date.** |

| Debtor 1 | **John Harvey** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **3 Brothers Pizza, LLC**<br>**621 Rutherford Lane**<br>**Franklin, TN 37064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.141__<br>☐ Schedule G _____<br>**Williamson County** |
| 3.2 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.3 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**31-W Insulation** |

| | | |
|---|---|---|
| ▮ | **Additional Page to List More Codebtors** | |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Alley-Cassetty Brick & Stone** |
| 3.5 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.3**__<br>☐ Schedule G _____<br>**American Express** |
| 3.6 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.4**__<br>☐ Schedule G _____<br>**AmeriGas** |
| 3.7 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.5**__<br>☐ Schedule G _____<br>**Ana Pangilinan** |
| 3.8 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.6**__<br>☐ Schedule G _____<br>**Anthony Heath** |
| 3.9 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.7**__<br>☐ Schedule G _____<br>**Associated Masonry Products, Inc.** |
| 3.10 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.9**__<br>☐ Schedule G _____<br>**Barbara Bedford** |
| 3.11 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.10**__<br>☐ Schedule G _____<br>**Barwari** |

| Debtor 1 | **John Harvey** | | Case number *(if known)* | |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.11**__<br>☐ Schedule G _____<br>**Basic Transportation, Inc.** |
| 3.13 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.12**__<br>☐ Schedule G _____<br>**Benchmark Companies** |
| 3.14 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.13**__<br>☐ Schedule G _____<br>**Bonnie Britt** |
| 3.15 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.14**__<br>☐ Schedule G _____<br>**Borders** |
| 3.16 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Brian Haverty** |
| 3.17 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.16**__<br>☐ Schedule G _____<br>**Brian Krouse** |
| 3.18 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Brianna Scott** |
| 3.19 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.18**__<br>☐ Schedule G _____<br>**Bried** |

Case 3:25-bk-00601    Doc 1    Filed 02/13/25    Entered 02/13/25 09:40:55    Desc Main
Document     Page 86 of 135

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.20    **Franklin Stone & Outdoor Living, LLC**
      **835 Tyne Valley Court**
      **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.19**__
☐ Schedule G _____
**Brittany Giacone**

3.21    **Franklin Stone & Outdoor Living, LLC**
      **835 Tyne Valley Court**
      **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.20**__
☐ Schedule G _____
**Capital One Bank**

3.22    **Franklin Stone & Outdoor Living, LLC**
      **835 Tyne Valley Court**
      **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.22**__
☐ Schedule G _____
**Carole and James Foster**

3.23    **Franklin Stone & Outdoor Living, LLC**
      **835 Tyne Valley Court**
      **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.23**__
☐ Schedule G _____
**Caterpillar Financial, Svcs Corp**

3.24    **Franklin Stone & Outdoor Living, LLC**
      **835 Tyne Valley Court**
      **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.26**__
☐ Schedule G _____
**Christopher Haws**

3.25    **Franklin Stone & Outdoor Living, LLC**
      **835 Tyne Valley Court**
      **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.27**__
☐ Schedule G _____
**Christy Thornton**

3.26    **Franklin Stone & Outdoor Living, LLC**
      **835 Tyne Valley Court**
      **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.28**__
☐ Schedule G _____
**Christy Thornton and Tobin Cornelius**

3.27    **Franklin Stone & Outdoor Living, LLC**
      **835 Tyne Valley Court**
      **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.29**__
☐ Schedule G _____
**Collier Engineering, Inc.**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.28 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.30**__<br>☐ Schedule G _____<br>**Connie Bentley** |
| 3.29 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.31**__<br>☐ Schedule G _____<br>**Coverstar** |
| 3.30 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Cox Interior** |
| 3.31 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.33**__<br>☐ Schedule G _____<br>**CraneWorks, Inc.** |
| 3.32 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.34**__<br>☐ Schedule G _____<br>**Credit Collection Services** |
| 3.33 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**CST** |
| 3.34 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.36**__<br>☐ Schedule G _____<br>**Cumberland International Trucks** |
| 3.35 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.37**__<br>☐ Schedule G _____<br>**Darius Rucker** |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.36    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.38**<br>☐ Schedule G _____<br>**David Freeman** |
| 3.37    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.39**<br>☐ Schedule G _____<br>**De Lage Landen Financial Services, Inc** |
| 3.38    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.40**<br>☐ Schedule G _____<br>**Deberard** |
| 3.39    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.41**<br>☐ Schedule G _____<br>**Denise Andre** |
| 3.40    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.42**<br>☐ Schedule G _____<br>**DEX Imaging** |
| 3.41    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ■ Schedule D, line   **2.2**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Discount Plumbing and Electrical Supply** |
| 3.42    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ■ Schedule D, line   **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Discover** |
| 3.43    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.43**<br>☐ Schedule G _____<br>**Dodd** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.44    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.44**__<br>☐ Schedule G _____<br>**Double Diamond Marketing + Communication** |
| 3.45    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.45**__<br>☐ Schedule G _____<br>**Ensminger** |
| 3.46    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.46**__<br>☐ Schedule G _____<br>**Eric and Lauren Ward** |
| 3.47    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.47**__<br>☐ Schedule G _____<br>**Extreme Stone Surfaces, Corp.** |
| 3.48    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.48**__<br>☐ Schedule G _____<br>**First Horizon Bank** |
| 3.49    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.49**__<br>☐ Schedule G _____<br>**Ford Motor Credit** |
| 3.50    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.50**__<br>☐ Schedule G _____<br>**Forte** |
| 3.51    **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.51**__<br>☐ Schedule G _____<br>**Fox** |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.52**___<br>☐ Schedule G _____<br>**Fox Hardwood Lumber LLC** |
| 3.53 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.53**___<br>☐ Schedule G _____<br>**Gary Bentley Trucking, LLC** |
| 3.54 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.54**___<br>☐ Schedule G _____<br>**George Bentley Trucking LLC** |
| 3.55 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.55**___<br>☐ Schedule G _____<br>**Gomez** |
| 3.56 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.56**___<br>☐ Schedule G _____<br>**Greg Presley** |
| 3.57 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.57**___<br>☐ Schedule G _____<br>**Haile** |
| 3.58 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.58**___<br>☐ Schedule G _____<br>**Hammrich** |
| 3.59 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.59**___<br>☐ Schedule G _____<br>**Harrison** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60   **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.60**__<br>☐ Schedule G _____<br>**Huskey Truss and Building Supply, Inc.** |
| 3.61   **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.61**__<br>☐ Schedule G _____<br>**Indiana Limestone Company** |
| 3.62   **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.63**__<br>☐ Schedule G _____<br>**Jason Myers** |
| 3.63   **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.64**__<br>☐ Schedule G _____<br>**Jeanette Mello** |
| 3.64   **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.65**__<br>☐ Schedule G _____<br>**Jerry and Deanna Kozak** |
| 3.65   **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.66**__<br>☐ Schedule G _____<br>**Jessica Robb** |
| 3.66   **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.67**__<br>☐ Schedule G _____<br>**Jon Finkel** |
| 3.67   **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.68**__<br>☐ Schedule G _____<br>**Joseph Bellanca** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.69**__<br>☐ Schedule G _____<br>**Justin Siefkes** |
| 3.69 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.70**__<br>☐ Schedule G _____<br>**Karlekar** |
| 3.70 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.71**__<br>☐ Schedule G _____<br>**Katie Galle** |
| 3.71 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.72**__<br>☐ Schedule G _____<br>**Kristina Decosse** |
| 3.72 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.73**__<br>☐ Schedule G _____<br>**Kubota Credit Corporation, U.S.A.** |
| 3.73 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.74**__<br>☐ Schedule G _____<br>**LaCivita** |
| 3.74 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.75**__<br>☐ Schedule G _____<br>**Laughlin** |
| 3.75 **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.76**__<br>☐ Schedule G _____<br>**Lefevre** |

Case 3:25-bk-00601   Doc 1   Filed 02/13/25   Entered 02/13/25 09:40:55   Desc Main
Document      Page 93 of 135

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.76    **Franklin Stone & Outdoor Living, LLC**
         **835 Tyne Valley Court**
         **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.77**
☐ Schedule G _____
**Leisure Distribution**

---

3.77    **Franklin Stone & Outdoor Living, LLC**
         **835 Tyne Valley Court**
         **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.78**
☐ Schedule G _____
**Light Stream Loans**

---

3.78    **Franklin Stone & Outdoor Living, LLC**
         **835 Tyne Valley Court**
         **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.79**
☐ Schedule G _____
**Madeleine Chopp**

---

3.79    **Franklin Stone & Outdoor Living, LLC**
         **835 Tyne Valley Court**
         **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.80**
☐ Schedule G _____
**Marie Gibson**

---

3.80    **Franklin Stone & Outdoor Living, LLC**
         **835 Tyne Valley Court**
         **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.81**
☐ Schedule G _____
**Material Handling Inc.**

---

3.81    **Franklin Stone & Outdoor Living, LLC**
         **835 Tyne Valley Court**
         **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.82**
☐ Schedule G _____
**Mathewson**

---

3.82    **Franklin Stone & Outdoor Living, LLC**
         **835 Tyne Valley Court**
         **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.83**
☐ Schedule G _____
**McCloskey Mechanical Contractors**

---

3.83    **Franklin Stone & Outdoor Living, LLC**
         **835 Tyne Valley Court**
         **Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.84**
☐ Schedule G _____
**Michael Caro**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.84 **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.85**__ ☐ Schedule G _____ **Miller** |
| 3.85 **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.86**__ ☐ Schedule G _____ **Miller** |
| 3.86 **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.87**__ ☐ Schedule G _____ **Moody's Tire and Auto** |
| 3.87 **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.88**__ ☐ Schedule G _____ **Naviaux** |
| 3.88 **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.89**__ ☐ Schedule G _____ **Nevels** |
| 3.89 **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.90**__ ☐ Schedule G _____ **O'Reilly Auto Parts** |
| 3.90 **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.91**__ ☐ Schedule G _____ **Pack** |
| 3.91 **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.92**__ ☐ Schedule G _____ **Pam Grau** |

Debtor 1  **John Harvey**                                    Case number *(if known)* _____

████  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.92  **Franklin Stone & Outdoor Living, LLC**
**835 Tyne Valley Court**
**Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.93**__
☐ Schedule G _____
**Peterson & Sons, LLC**

3.93  **Franklin Stone & Outdoor Living, LLC**
**835 Tyne Valley Court**
**Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.94**__
☐ Schedule G _____
**Phil Miller**

3.94  **Franklin Stone & Outdoor Living, LLC**
**835 Tyne Valley Court**
**Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.95**__
☐ Schedule G _____
**Pool Equipment & Supply, Inc.**

3.95  **Franklin Stone & Outdoor Living, LLC**
**835 Tyne Valley Court**
**Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.96**__
☐ Schedule G _____
**Prather Metalworks**

3.96  **Franklin Stone & Outdoor Living, LLC**
**835 Tyne Valley Court**
**Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.97**__
☐ Schedule G _____
**Preteek Sharma**

3.97  **Franklin Stone & Outdoor Living, LLC**
**835 Tyne Valley Court**
**Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.98**__
☐ Schedule G _____
**Quikrete Companies**

3.98  **Franklin Stone & Outdoor Living, LLC**
**835 Tyne Valley Court**
**Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.99**__
☐ Schedule G _____
**Revco Solutions**

3.99  **Franklin Stone & Outdoor Living, LLC**
**835 Tyne Valley Court**
**Nashville, TN 37220**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.100**__
☐ Schedule G _____
**Richardo Pavon**

▪ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>0 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.101**___<br>☐ Schedule G _____<br>**Ritesh Medhe** |
| 3.10<br>1 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.102**___<br>☐ Schedule G _____<br>**RJV Equipment** |
| 3.10<br>2 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.103**___<br>☐ Schedule G _____<br>**Rompala** |
| 3.10<br>3 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.104**___<br>☐ Schedule G _____<br>**Sara Borders** |
| 3.10<br>4 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.105**___<br>☐ Schedule G _____<br>**Seigle** |
| 3.10<br>5 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ■ Schedule D, line ___**2.7**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Select Portfolio Servicing, Inc.** |
| 3.10<br>6 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.106**___<br>☐ Schedule G _____<br>**Semco Stone** |
| 3.10<br>7 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.107**___<br>☐ Schedule G _____<br>**Singh** |

| **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

| | | |
|---|---|---|
| 3.10 8 | **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.108**__ ☐ Schedule G _____ **Smith** |
| 3.10 9 | **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.109**__ ☐ Schedule G _____ **Smitherman** |
| 3.11 0 | **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.110**__ ☐ Schedule G _____ **Stone Nature TN, LLC** |
| 3.11 1 | **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.111**__ ☐ Schedule G _____ **Stone Warehouse Inc.** |
| 3.11 2 | **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.112**__ ☐ Schedule G _____ **Stonex Inc.** |
| 3.11 3 | **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.113**__ ☐ Schedule G _____ **Structural Engineering & Inspections** |
| 3.11 4 | **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.114**__ ☐ Schedule G _____ **Sucher** |
| 3.11 5 | **Franklin Stone & Outdoor Living, LLC** **835 Tyne Valley Court** **Nashville, TN 37220** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.115**__ ☐ Schedule G _____ **Suggett** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.116 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.116**___<br>☐ Schedule G _____<br>**Sunbelt Rentals** |
| 3.117 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.117**___<br>☐ Schedule G _____<br>**Sunset Pool & Spa, LLC** |
| 3.118 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.118**___<br>☐ Schedule G _____<br>**Tamara and Corey Lawrence** |
| 3.119 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.119**___<br>☐ Schedule G _____<br>**Techo-Bloc** |
| 3.120 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.120**___<br>☐ Schedule G _____<br>**The Letco Group, LLC** |
| 3.121 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.121**___<br>☐ Schedule G _____<br>**The Teeter Family, LLC** |
| 3.122 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.122**___<br>☐ Schedule G _____<br>**Thompson Machinery** |
| 3.123 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.123**___<br>☐ Schedule G _____<br>**Tim Adams** |

Case 3:25-bk-00601    Doc 1    Filed 02/13/25    Entered 02/13/25 09:40:55    Desc Main
Document     Page 99 of 135

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.124 | **Franklin Stone & Outdoor Living, LLC** <br> **835 Tyne Valley Court** <br> **Nashville, TN 37220** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __**4.124**__ <br> ☐ Schedule G _____ <br> **Tim McKiernan** |
| 3.125 | **Franklin Stone & Outdoor Living, LLC** <br> **835 Tyne Valley Court** <br> **Nashville, TN 37220** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __**4.125**__ <br> ☐ Schedule G _____ <br> **Titan Gate and Fence** |
| 3.126 | **Franklin Stone & Outdoor Living, LLC** <br> **835 Tyne Valley Court** <br> **Nashville, TN 37220** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __**4.126**__ <br> ☐ Schedule G _____ <br> **TN Dept. of Revenue** |
| 3.127 | **Franklin Stone & Outdoor Living, LLC** <br> **835 Tyne Valley Court** <br> **Nashville, TN 37220** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __**2.2**__ <br> ☐ Schedule G _____ <br> **TN Dept. of Revenue** |
| 3.128 | **Franklin Stone & Outdoor Living, LLC** <br> **835 Tyne Valley Court** <br> **Nashville, TN 37220** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __**4.127**__ <br> ☐ Schedule G _____ <br> **Tracy Linville** |
| 3.129 | **Franklin Stone & Outdoor Living, LLC** <br> **835 Tyne Valley Court** <br> **Nashville, TN 37220** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __**4.128**__ <br> ☐ Schedule G _____ <br> **Tremron** |
| 3.130 | **Franklin Stone & Outdoor Living, LLC** <br> **835 Tyne Valley Court** <br> **Nashville, TN 37220** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __**4.129**__ <br> ☐ Schedule G _____ <br> **Tri Star Energy** |
| 3.131 | **Franklin Stone & Outdoor Living, LLC** <br> **835 Tyne Valley Court** <br> **Nashville, TN 37220** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __**4.130**__ <br> ☐ Schedule G _____ <br> **Trident Electric** |

| Debtor 1 | **John Harvey** | Case number *(if known)* | |
|---|---|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13 2 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.131**__<br>☐ Schedule G _____<br>**Trinity Logistics, Inc.** |
| 3.13 3 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.133**__<br>☐ Schedule G _____<br>**Turpen** |
| 3.13 4 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.134**__<br>☐ Schedule G _____<br>**U.S. Small Business Administration** |
| 3.13 5 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.135**__<br>☐ Schedule G _____<br>**United Rentals** |
| 3.13 6 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.136**__<br>☐ Schedule G _____<br>**Vaught** |
| 3.13 7 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.137**__<br>☐ Schedule G _____<br>**Wagner** |
| 3.13 8 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.138**__<br>☐ Schedule G _____<br>**Wayne and Marie Gibson** |
| 3.13 9 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.139**__<br>☐ Schedule G _____<br>**Weeks** |

Debtor 1 __John Harvey__                                          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.14<br>0 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.140__<br>☐ Schedule G _____<br>**Williamson County** |
| 3.14<br>1 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.141__<br>☐ Schedule G _____<br>**Williamson County** |
| 3.14<br>2 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.142__<br>☐ Schedule G _____<br>**Williamson County** |
| 3.14<br>3 | **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | ■ Schedule D, line __2.9__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Williamson County Trustee** |
| 3.14<br>4 | **Sondra Harvey**<br>**621 Rutherford Lane**<br>**Franklin, TN 37064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**Light Stream Loans** |
| 3.14<br>5 | **The Local Charter and Grill, LLC**<br>**621 Rutherford Lane**<br>**Franklin, TN 37064** | ■ Schedule D, line __2.8__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Steve Medes** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **John Harvey** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Self-Employed** | **Self-Employed** |
| | Employer's name | **Harv Endeavors, LLC** | **iThrive** |
| | Employer's address | **621 Rutherford Lane Franklin, TN 37064** | **621 Rutherford Lane Franklin, TN 37064** |
| | How long employed there? | **Since 2024** | **Since 2024** |

**Part 2:** Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 14,000.00 | $ 2,500.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 14,000.00    $ 2,500.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 14,000.00 + $ 2,500.00 = $ 16,500.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 16,500.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1 __John Harvey__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF TENNESSEE__

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ■ Yes |
| Daughter (FT Student) | 21 | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.  4. $ _____ 0.00

   **If not included in line 4:**

   4a. Real estate taxes  4a. $ _____ 0.00
   4b. Property, homeowner's, or renter's insurance  4b. $ _____ 0.00
   4c. Home maintenance, repair, and upkeep expenses  4c. $ _____ 0.00
   4d. Homeowner's association or condominium dues  4d. $ _____ 70.00
5. **Additional mortgage payments for your residence,** such as home equity loans  5. $ _____ 0.00

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **400.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **300.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **750.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **800.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **50.00** |
| 10. | **Personal care products and services** | | 10. $ | **100.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **50.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **800.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: __Taxes (continuing SE + Fed)__ | | 16. $ | **500.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: __Non-filing Spouse Car Payment__ | 17c. $ | **542.18** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **4,862.18** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **4,862.18** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **16,500.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **4,862.18** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **11,637.82** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.    | Explain here: |

| | |
|---|---|
| Debtor 1 | **John Harvey** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X | **/s/ John Harvey** | X | |
|---|---|---|---|
| | **John Harvey** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |
| | Date   **February 12, 2025** | | Date |

| Debtor 1 | **John Harvey** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

 ■  Married
 ☐  Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

 ■  No
 ☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

 ■  No
 ☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

 ☐  No
 ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $12,290.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1 __John Harvey__ Case number (*if known*) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2024 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $180,876.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $345,039.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ■ No.  Go to line 7.
   ☐ Yes  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.  Go to line 7.
   ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- ■ No
- ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- ■ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Quikrete Companies vs. John M. Harvey and Franklin Stone Company LLC** 94CC1-2024-CV-391 | **Civil** | **Williamson County Circuit Court 135 4th Ave S, #103 Franklin, TN 37064** | ■ Pending ☐ On appeal ☐ Concluded |
| **Pool Equipment & Supply, Inc. vs. Franklin Stone & Outdoor Living LLC, et. al** 94CC1-2024-CV-376 | **Civil** | **Williamson County Circuit Court 135 4th Ave S, #103 Franklin, TN 37064** | ■ Pending ☐ On appeal ☐ Concluded |
| **Discover Bank vs. John Harvey** 94GSV-2024-CV-1763 | **Civil** | **Williamson County General Sessions Court 135 4th Ave South Franklin, TN 37064** | ☐ Pending ☐ On appeal ■ Concluded |
| **Discount Plumbing & Electric Supply vs. Franklin Stone Company LLC (et. al)** 94CC1-2024-CV-100 | **Civil** | **Williamson County Circuit Court 135 4th Ave S, #103 Franklin, TN 37064** | ■ Pending ☐ On appeal ☐ Concluded |
| **Christy Thorton (et. al) vs. Franklin Stone & Outdoor Living, LLC (et. Al)** 94CH1-2023-CV-53162 | **Civil** | **Williamson County Chancery Court 135 4th Ave S #236 Franklin, TN 37064** | ■ Pending ☐ On appeal ☐ Concluded |
| **Caterpillar Financial Services Corporation, Third-Party Plaintiff, vs. David Freeman and John Harvey, Third-Party Defendants** 2024-CV-22 | **Civil** | **Dickson Count Chancery Court 500 Spring Street PO Box 547 Charlotte, TN 37036** | ■ Pending ☐ On appeal ☐ Concluded |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Williamson County v. Deliquent Tax Payers**<br>**Civil Action No. 52840** | Civil | Williamson County Chancery Court<br>135 4th Ave S #236<br>Franklin, TN 37064 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Williamson County v. Deliquent Taxpayers**<br> **Civil Action No. 53881** | Civil | Williamson County Chancery Court<br>135 4th Ave S #236<br>Franklin, TN 37064 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **The Teeter Family, LLC vs. Franklin Stone Installations, LLC and John Harvey**<br>**94CC1-2022-CV-547** | Civil | Williamson County Circuit Court<br>135 4th Ave S, #103<br>Franklin, TN 37064 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

     ■ No. Go to line 11.
     ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
     ■ No
     ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
     ■ No
     ☐ Yes

**Part 5:**    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
     ■ No
     ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
     ■ No
     ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Dunham Hildebrand Payne Waldron, PLLC**<br>**9020 Overlook Blvd, Suite 303**<br>**Brentwood, TN 37027** | **Payment related to Chapter 11 representation** | **2025** | **$2,200.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Dunham Hildebrand Payne Waldron, PLLC**<br>**9020 Overlook Blvd., Suite 316**<br>**Brentwood, TN 37027** | **$6,000 paid in 2024-2025 for legal fees related to matters involving creditors** | **2024-2025** | **$6,000.00** |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Franklin Kia**<br><br>**None** | **Debtor traded in 2004 Hummer to dealership** | **$6,000, which was credited to down payment and taxes for 36 month lease of Kia Sportage listed on Schedule A/B.** | **3/2023** |

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |
| **Insurance Company / Hannah Harvey** | **Debtor was the titled owner of a 2017 Jeep Compass, driven by his daughter, and subject to a financing lien of approximately $1,200. The car was totaled in 2023, the lien was paid off, and the insurance proceeds were used for a replacement vehicle for daughter.** | **Less than $10,000** | **2023** |
| **Insurer + Daughter** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ☐ No
   ■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **2011 GMC Yukon is located in New Jersey** | **Debtor and wife** | | ☐ No<br>■ Yes |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.** Fill in the details.

| Owner's Name **Address** (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes.** Fill in the details.

| Case Title **Case Number** | Court or agency **Name** **Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

■ **An owner of at least 5% of the voting or equity securities of a corporation**

☐  **No. None of the above applies.  Go to Part 12.**

■  **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Franklin Stone & Outdoor Living, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | **Outdoor installations**<br><br>**David Freeman and Melissa Broiles (various times)** | EIN:   **84-4065445**<br><br>From-To  **1/2020-2023 (ceased operations)** |
| **Franklin Stone Installations, LLC**<br>**835 Tyne Valley Court**<br>**Nashville, TN 37220** | **Outdoor installations**<br><br>**Keith Stanton** | EIN:   **45-4821379**<br><br>From-To  **2012-8/2021** |
| **Harv Endeavors, LLC**<br>**621 Rutherford Lane**<br>**Franklin, TN 37064** | **Consulting services**<br><br>**Keith Stanton** | EIN:   **99-1176611**<br><br>From-To  **2/2024-present** |
| **The Local Charter and Grill, LLC**<br>**621 Rutherford Lane**<br>**Franklin, TN 37064** | **Boat charter company**<br><br>**Keith Stanton** | EIN:   **45-4821379**<br><br>From-To  **2/2022-present** |
| **OI, Inc.**<br>**PO Box 1606**<br>**Franklin, TN 37065** | **Software**<br><br>**Keith Stanton** | EIN:   **26-3996630**<br><br>From-To  **Ended in 3/2023** |
| **3 Brothers Pizza, LLC**<br>**621 Rutherford Lane**<br>**Franklin, TN 37064** | **Retail pizza restaurant**<br><br>**Keith Stanton** | EIN:   **87-4807998**<br><br>From-To  **2/2022-1/2023** |
| **Draw2Spec, LLC**<br>**PO Box 1606**<br>**Franklin, TN 37065** | **Software**<br><br>**Keith Stanton** | EIN:   **45-4249038**<br><br>From-To  **Ended in 2/2023** |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■  **No**
☐  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ John Harvey**
**John Harvey**                                      **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **February 12, 2025**                    Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

 You are an individual filing for bankruptcy, and

 Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

 Chapter 7 - Liquidation

 Chapter 11 - Reorganization

 Chapter 12 - Voluntary repayment plan for family farmers or fishermen

 Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

 most taxes;

 most student loans;

 domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

---

|  | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|  | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Middle District of Tennessee

In re __John Harvey__ _____  Case No. _____

Debtor(s)  Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .............................  $ _____ **0.00**

Prior to the filing of this statement I have received ...............  $ _____ **0.00**

Balance Due ......................................................  $ _____ **0.00**

2.  The source of the compensation paid to me was:

☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__February 12, 2025__ _____  /s/ Denis Graham "Gray" Waldron

_Date_

**Denis Graham "Gray" Waldron**
_Signature of Attorney_
**Dunham Hildebrand Payne Waldron, PLLC**
**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
**629 777 6519  Fax: 615 777 3765**
**gray@dhnashville.com**
_Name of law firm_

---

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re    **John Harvey** _____    Case No. _____

                                           Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **February 12, 2025** _____        **/s/ John Harvey** _____

                                                  **John Harvey**
                                                  Signature of Debtor

JOHN HARVEY
621 RUTHERFORD LANE
FRANKLIN TN 37064

DENIS GRAHAM "GRAY" WALDRON
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

3 BROTHERS PIZZA, LLC
621 RUTHERFORD LANE
FRANKLIN TN 37064

31-W INSULATION
7434 CYCLE LANE
GOODLETTSVILLE TN 37072

ALLEY-CASSETTY BRICK & STONE
2 OLDHAM ST
NASHVILLE TN 37213

AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998

AMERIGAS
PO BOX 965
VALLEY FORGE PA 19482

AMIN KHALIFA
210 N. BLACKHORSE PIKE
MOUNT EPHRAIM NJ 08059

ANA PANGILINAN
7008 GRACKLE COURT
SPRING HILL TN 37174

ANTHONY HEATH
5943 CARTERS LANE
FRANKLIN TN 37064

ASSOCIATED MASONRY PRODUCTS, INC.
450 ALLIED DR.
NASHVILLE TN 37211

ATLANTICARE

BAKER DONELSON ET AL.
ATTN: JAKE ADAMS, ESQ.
211 COMMERCE STREET, SUITE 800
NASHVILLE TN 37201

BARBARA BEDFORD
5623 PINEWOOD ROAD
FRANKLIN TN 37064

BARWARI
9718 CAPSTONE CT
BRENTWOOD TN 37027

BASIC TRANSPORTATION, INC.
9306 CROCKETT ROAD
BRENTWOOD TN 37027

BENCHMARK COMPANIES
6713 MILLER ROAD
CHRISTIANA TN 37037

BONNIE BRITT
800 STONEWATER BLVD
FRANKLIN TN 37064

BORDERS
1832 HARPETH RIVER DRIVE
BRENTWOOD TN 37027

BRIAN HAVERTY
169 PRINCESS CIR
FRANKLIN TN 37064

BRIAN KROUSE
3734 ROCKMAYNE LANE
FRANKLIN TN 37064

BRIANNA SCOTT
1553 FLEETWOOD DRIVE
FRANKLIN TN 37064

BRIED
407 AUTUMN LAKE TRAIL
FRANKLIN TN 37067

BRITTANY GIACONE
7249 ARRINGTON RIDGE
ARRINGTON TN 37014

CAPITAL ONE BANK
PO BOX 30285
SALT LAKE CITY UT 84130

CARE NOW URGENT CARE

CAROLE AND JAMES FOSTER
2161 DOCTOR ROBERTSON ROAD
SPRING HILL TN 37174

CASEY R. MALLOY, ESQ.
KAY GRIFFIN EVANS, PLLC
222 SECOND AVE NORTH, STE 340M
NASHVILLE TN 37201

CATERPILLAR FINANCIAL, SVCS CORP
2121 WEST END AVENUE
PO BOX 340001
NASHVILLE TN 37203

CENTENNIAL HEART AT CENTENNIAL

CENTER FOR HEALTH EDUC. MED. AND DENTAL

CHRISTOPHER HAWS
9635 MILLSFORD COURT
BRENTWOOD TN 37027

CHRISTOPHER L. EHRESMAN
GUIDESTONE INSURANCE
PO BOX 14503
DES MOINES IA 50306

CHRISTY THORNTON
9434 WEATHERLY DRIVE
BRENTWOOD TN 37027

CHRISTY THORNTON AND TOBIN CORNELIUS
C/O DICKINSON WRIGHT - J. BURGENER, ESQ.
424 CHURCH STREET, SUITE 800
NASHVILLE TN 37219

COLLIER ENGINEERING, INC.
2949 NOLENSVILLE PIKE
NASHVILLE TN 37211

CONNIE BENTLEY
5557 PARKER BRANCH ROAD
FRANKLIN TN 37064

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD IL 62708

COVERSTAR
1943 CLARA MATHIS ROAD
SPRING HILL TN 37174

COX INTERIOR
1751 OLD COLUMBIA ROAD
CAMPBELLSVILLE KY 42718

CRANEWORKS, INC.
PO BOX 13065
BIRMINGHAM AL 35202

CREDIT COLLECTION SERVICES
725 CANTON STREET
NORWOOD MA 02062

CRYSTAL COLE, ESQ.
731 PORTER ROAD
NASHVILLE TN 37206

CST

CT CORPORATION
330 N BRAND BLVD, SUITE 700
ATTN: SPRS
GLENDALE CA 91203

CUMBERLAND INTERNATIONAL TRUCKS
640 MASSMAN DRIVE
NASHVILLE TN 37210

DARIUS RUCKER
7053 LANCELEAF DRIVE
COLLEGE GROVE TN 37046

DAVID FREEMAN
835 TYNE VALLEY CT
NASHVILLE TN 37220

DAVID O. HUFF, ESQ
1222 16TH AVE S STE 301
NASHVILLE TN 37212

DE LAGE LANDEN FINANCIAL SERVICES, INC
8001 BIRCHWOOD COURT
PO BOX 2000
JOHNSTON IA 50131

DEBERARD
9944 MAUPIN ROAD
NOLENSVILLE TN 37135

DENISE ANDRE
1004 ST. MICHAELS CT
FRANKLIN TN 37064

DEX IMAGING
50 RACHEL DRIVE
NASHVILLE TN 37214

DISCOUNT PLUMBING AND ELECTRICAL SUPPLY

DISCOVER
PO BOX 15316
WILMINGTON DE 19850

DODD
1754 MASTERS DRIVE
FRANKLIN TN 37064

DOUBLE DIAMOND MARKETING + COMMUNICATION
2702 GREYSTONE ROAD
NASHVILLE TN 37204

ENSMINGER
440 OLDENBURG ROAD
NOLENSVILLE TN 37135

ERIC AND LAUREN WARD
144 MADISON MILL DRIVE
NOLENSVILLE TN 37135

EXTREME STONE SURFACES, CORP.
161 BAIN DRIVE
UNIT C
LA VERGNE TN 37086

FIRST HORIZON BANK
ATTN: OFFICER
165 MADISON AVENUE
MEMPHIS TN 38103

FORD MOTOR CREDIT
ATTN: OFFICER
PO BOX 105704
ATLANTA GA 30348

FORTE
3723 NEW HIGHWAY 96W
FRANKLIN TN 37064

FOX
323 SNOWDEN ST W
FRANKLIN TN 37064

FOX HARDWOOD LUMBER LLC
5973 PINEWOOD ROAD
FRANKLIN TN 37064

FRANKLIN STONE & OUTDOOR LIVING, LLC
835 TYNE VALLEY COURT
NASHVILLE TN 37220

GARY BENTLEY TRUCKING, LLC
1705 W MAIN STREET
FRANKLIN TN 37064

GEORGE BENTLEY TRUCKING LLC
1705 W MAIN STREET
FRANKLIN TN 37064

GINO MARCHETTI, ESQ.
2908 POSTON AVENUE
NASHVILLE TN 37203

GOMEZ
8143 CHARLOTTE PIKE
NASHVILLE TN 37221

GREG PRESLEY
517 LEICESTER CT
FRANKLIN TN 37067

HAILE
1130 WATKINS CREEK DRIVE
FRANKLIN TN 37067

HAMMRICH
231 CAVANAUGH LANE
FRANKLIN TN 37064

HARRISON
1007 CABELL DRIVE
FRANKLIN TN 37064

HUSKEY TRUSS AND BUILDING SUPPLY, INC.
424 LEWISBURG AVE
FRANKLIN TN 37064

INDIANA LIMESTONE COMPANY
120 W 7TH ST
SUITE 210
BLOOMINGTON IN 47404

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101

JASON MYERS
1088 HAMER COURT
BRENTWOOD TN 37027

JEANETTE MELLO
806 STONEWATER BLVD.
FRANKLIN TN 37064

JERRY AND DEANNA KOZAK
443 CANTERBURY RISE
FRANKLIN TN 37067

JESSICA ROBB
633 STONEWATER BLVD.
FRANKLIN TN 37064

JON FINKEL
424 WILD ELM ST
FRANKLIN TN 37064

JOSEPH BELLANCA
804 SINGLETON LANE
BRENTWOOD TN 37027

JUSTIN SIEFKES
9206 DUNCASTER COURT
BRENTWOOD TN 37027

KARLEKAR
9151 JONES COURT
BRENTWOOD TN 37027

KATIE GALLE
2002 CRYE CREST COVE
SPRING HILL TN 37174

KIA FINANCE AMERICA (KFA)
ATTN: BANKRUPTCY DEPT
PO BOX 20809
FOUNTAIN VALLEY CA 92728-0809

KRISTINA DECOSSE
5005 BLACKJACK DRIVE
FRANKLIN TN 37067

KUBOTA CREDIT CORPORATION, U.S.A.
PO BOX 2046
GRAPEVINE TX 76099

LACIVITA
8009 PUDDLEDUCK LANE
SPRING HILL TN 37174

LAUGHLIN
2147 SOUTHERN PRESERVE
THOMPSONS STATION TN 37179

LEFEVRE
2025 GWENETH DRIVE
SPRING HILL TN 37174

LEISURE DISTRIBUTION
PO BOX 272925
TAMPA FL 33688

LIGHT STREAM LOANS
PO BOX 117320
ATLANTA GA 30368-7320

MADELEINE CHOPP
C/O THOMAS J. BOYLAN, ESQ.
188 FRONT STREET, SUITE 116-19
FRANKLIN TN 37064

MARIE GIBSON
3224 BAKER LANE
FRANKLIN TN 37064

MATERIAL HANDLING INC.
1121 ELM HILL PIKE
NASHVILLE TN 37210

MATHEWSON
8760 ROCKY FORD ROAD
SMYRNA TN 37167

MCCLOSKEY MECHANICAL CONTRACTORS
445 LOWER LANDING ROAD
BLACKWOOD NJ 08012

MEDICREDIT
PO BOX 1629
MARYLAND HEIGHTS MO 63043

MICHAEL CARO
5349 FOREST ACRES DRIVE
NASHVILLE TN 37220

MILLER
8006 PUDDLEDUCK LANE
SPRING HILL TN 37174

MILLER
6301 WILD HERON WAY
FRANKLIN TN 37064

MOODY'S TIRE AND AUTO
7101 CROSSROADS BLVD
BRENTWOOD TN 37027

NATHAN & NATHAN
PO BOX 1715
BIRMINGHAM AL 35201

NAVIAUX
2300 FLAGSTAFF LANE

NEVELS
2019 ORANGE LEAF CIRCLE
FRANKLIN TN 37067

O'REILLY AUTO PARTS
233 SOUTH PATTERSON AVENUE
SPRINGFIELD MO 65802-2298

PACK
8720 ROCKY FORK ROAD
SMYRNA TN 37167

PAM GRAU
412 DAHLIA DR
BRENTWOOD TN 37027

PETERSON & SONS, LLC
C/O CLIFF WILSON, ESQ.
100 WESTWOOD PLACE, SUITE 120
BRENTWOOD TN 37027

PHIL MILLER
57 BARN STREET
MOUNT JULIET TN 37122

POOL EQUIPMENT & SUPPLY, INC.
C/O LLOYD & MCDANIEL, PLC
PO BOX 23200
LOUISVILLE KY 40223-0200

PRATHER METALWORKS
120 CONFEDERATE DRIVE
FRANKLIN TN 37064

PRETEEK SHARMA
823 SINGETON LANE
BRENTWOOD TN 37027

QUIKRETE COMPANIES
C/O MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS TN 38187-0235

REVCO SOLUTIONS
2700 MERIDIAN PKWY, STE 200
DURHAM NC 27713

RICHARDO PAVON
9275 FORDHAM DRIVE
BRENTWOOD TN 37027

RITESH MEDHE
113 ZOE COURT
FRANKLIN TN 37064

RJV EQUIPMENT
140 CHARTER PLACE
LA VERGNE TN 37086

ROMPALA
1109 ROMBAUER DRIVE
FRANKLIN TN 37067

SARA BORDERS
110 BALLEROY DRIVE
BRENTWOOD TN 37027

SEIGLE
4020 OUTER DRIVE
NASHVILLE TN 37204

SELECT PORTFOLIO SERVICING, INC.
ATTN: BANKRUPTCY DEPT.
PO BOX 65250
SALT LAKE CITY UT 84165

SEMCO STONE
50 ROBINSON INDUSTRIAL DRIVE
PERRYVILLE MO 63775

SINGH
310 CONOGA DRIVE
NOLENSVILLE TN 37135

SMITH
1071 MORAN ROAD
FRANKLIN TN 37069

SMITHERMAN
3104 ANNFIELD WAY
FRANKLIN TN 37064

SONDRA HARVEY
621 RUTHERFORD LANE
FRANKLIN TN 37064

STEVE MEDES
6220 HILLSBORO PIKE
NASHVILLE TN 37215

STONE NATURE TN, LLC
1122 FOSTER AVE #100
NASHVILLE TN 37210

STONE WAREHOUSE INC.
997 MARIETTA INDUSTRIAL DRIVE
MARIETTA GA 30062

STONEX INC.
1534 BEACONCREST CIRCLE
MURFREESBORO TN 37128

STRUCTURAL ENGINEERING & INSPECTIONS
101 FORREST CROSSING BLVD, #108B
FRANKLIN TN 37064

SUCHER
728 RICHFIELD DRIVE
NASHVILLE TN 37205

SUGGETT
723 STONEWATER BLVD.
FRANKLIN TN 37064

SUNBELT RENTALS
1799 INNOVATION POINT
FORT MILL SC 29715

SUNSET POOL & SPA, LLC
PO BOX 683027
FRANKLIN TN 37068

TAMARA AND COREY LAWRENCE
166 AZALEA LANE
FRANKLIN TN 37064

TECHO-BLOC
3908 FLINT HILL EX. SW
POWDER SPRINGS GA 30127

THE LETCO GROUP, LLC
C/O CRYSTAL COLE, ESQ.
PO BOX 160760
NASHVILLE TN 37216

THE LOCAL CHARTER AND GRILL, LLC
621 RUTHERFORD LANE
FRANKLIN TN 37064

THE PRENTICE-HALL CORPORATION SYSTEM
2908 POSTON AVE
NASHVILLE TN 37203

THE TEETER FAMILY, LLC
C/O MARY BARNARD CHEADLE, ESQ.
2404 CRESTMOOR ROAD
NASHVILLE TN 37215

THOMPSON MACHINERY
1245 BRIDGESTONE BOULEVARD
LA VERGNE TN 37086

TIM ADAMS
8032 BACKWOODS DRIVE
COLLEGE GROVE TN 37046

TIM MCKIERNAN
1741 MASTERS DR
FRANKLIN TN 37064

TITAN GATE AND FENCE
534 E TRINITY LANE
BRENTWOOD TN 37027

TN DEPT. OF REVENUE
C/O TN ATTY GEN.BANKR. DIV.
PO BOX 20207
NASHVILLE TN 37202

TRACY LINVILLE
1745 EVERGREEN ROAD
THOMPSONS STATION TN 37179

TREMRON
1436 MUNICIPAL PKWY
DOUGLASVILLE GA 30134

TRI STAR ENERGY
1740 ED TEMPLE BLVD.
NASHVILLE TN 37208

TRIDENT ELECTRIC
5145 GOLDEN FOOTHILL PKWY, #190
EL DORADO HILLS CA 95762

TRINITY LOGISTICS, INC.
50 FALLON AVENUE
SEAFORD DE 19973

TRISTAR MEDICAL CENTER


TURPEN
9005 CHARDONNAY TRACE
FRANKLIN TN 37067

U.S. SMALL BUSINESS ADMINISTRATION
409 3RD STREET, SW
WASHINGTON DC 20416

UNITED RENTALS
PO BOX 100711
ATLANTA GA 30384

UNITED STATES ATTORNEY GENERAL
ATTN: MERRICK B. GARLAND, ESQ.
950 PENNSYLVANIA AVE
WASHINGTON DC 20530

```
UNITED STATES ATTORNEY'S OFFICE, MDTN
ATTN: ROBERT E. MCGUIRE, ESQ.
110 9TH AVENUE SOUTH, SUITE A-961
NASHVILLE TN 37203

VAUGHT
8444 HEIRLOOM BLVD.
COLLEGE GROVE TN 37046

VEDDERPRICE
222 NORTH LASALLE STREET
CHICAGO IL 60601

WAGNER
4904 OLLIE CHUNN ROAD
SPRING HILL TN 37174

WALTER N. PERRY III
2 INTERNATIONAL PLAZA DRIVE
STE 500
NASHVILLE TN 37217

WAYNE AND MARIE GIBSON
3224 BAKER LANE
FRANKLIN TN 37064

WEEKS
3387 MAHLON MOORE ROAD
SPRING HILL TN 37174

WILLIAMSON COUNTY
C/O WES WEIGEL
109 WESTPARK DRIVE, SUITE 230
BRENTWOOD TN 37027

WILLIAMSON COUNTY TRUSTEE
1320 WEST MAIN STREET, SUITE 203
FRANKLIN TN 37064
```